UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re LIVINGSOCIAL MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | Misc. Action No. 1:11-mc-0472 (ESH) MDL No. 2254 |
| This Document Relates To:<br><br>    ALL CASES | ) ) ) ) ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Barrie Arliss, Dawn Abbott, Melissa Forshey, Sarah Gosling, Cara Lauer, Mandy Miller, Kimberly Pullman, and Amy Schultz (collectively, "Plaintiffs"), and Defendants LivingSocial, Inc. ("LivingSocial") and Jack's Canoes and Kayaks, LLC ("Jack's Boathouse") (LivingSocial and Jack's Boathouse, collectively "Defendants") (Plaintiffs and Defendants, collectively "Parties") hereby jointly move for an order:

1. Granting preliminary approval of the Settlement Agreement and Release ("Proposed Settlement") reached by the Parties;

2. Approving the Parties' proposed form and method of notice to Settlement Class Members;

3. Establishing a schedule for dissemination of the notice of settlement to Settlement Class Members, as well as the deadlines for Settlement Class Members to submit Claim Forms, object to, or request exclusion from the Proposed Settlement; and

4. Setting a hearing for final approval of the Proposed Settlement and for ruling on Plaintiffs' counsel's forthcoming application for an award of attorneys' fees and costs.

This motion is brought pursuant to Fed. R. Civ. P. 23(e) and is based on this motion; the supporting memorandum of points and authorities, submitted herewith; the Declaration of Michael G. Rhodes; the Declaration of Charles J. LaDuca; the complete file and record in this action; any argument of counsel; and such other and further evidence and argument as the Court may choose to review.

//
//
//
//
//

| | |
|---|---|
| DATED: October 19, 2012 | CUNEO GILBERT & LADUCA, LLP<br>CHARLES J. LADUCA (DC Bar 476134)<br>WILLIAM H. ANDERSON (DC Bar 502380)<br><br>Charles J. LaDuca<br>_____<br>CHARLES J. LaDUCA<br><br>507 C Street, NE<br>Washington, DC  20002<br>Telephone: 202/789-3960<br>202/789-1813 (fax) |
| DATED: October 19, 2012 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>JOHN J. STOIA, JR. (*pro hac vice*)<br>RACHEL L. JENSEN<br>THOMAS R. MERRICK<br>PHONG L. TRAN<br><br>John J. Stoia, Jr.<br>_____<br>JOHN J. STOIA, JR.<br><br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Counsel for Plaintiffs |
| DATED: October 19, 2012 | COOLEY LLP<br>MICHAEL G. RHODES (*pro hac vice*)<br><br>/s/ Michael G. Rhodes<br>_____<br>Michael G. Rhodes<br><br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>415/693-2181<br>415/693-2222 (fax)<br>Email: rhodesmg@cooley.com<br><br>Attorneys for Defendants LivingSocial, Inc. and Jack's Canoes & Kayaks, LLC |

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: October 19, 2012                              By:   /s/ Charles J. LaDuca
                                                                    CHARLES J. LaDUCA

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2012.

                          /s/ Charles J. LaDuca
                          CHARLES J. LADUCA

                          CUNEO GILBERT & LADUCA, LLP
                          507 C Street, NE
                          Washington, DC  20002
                          Telephone:  202/789-3960
                          202/789-1813 (fax)
                          E-mail:   charlesl@cuneolaw.com

779602 v3/SD