UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re LIVINGSOCIAL MARKETING AND SALES PRACTICE LITIGATION | ) ) ) ) ) Misc. Action No. 11-mc-0472(ESH) |
| This Document Relates To:<br><br>ALL CASES | ) ) ) ) |

## ORDER

It is **HEREBY ORDERED** that class counsel shall file their response to the class members' objections on or before February 25, 2013; and it is

**FURTHER ORDERED** that counsel shall include in their response answers to the following questions:

(1) How many class members have actually submitted claims and what is the dollar value of those claims?

(2) Counsel has indicated that "the value of the cash relief available to the Settlement Class *and certain administrative costs*" is $4,500,000. (Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payments [ECF No. 31] at 4) (emphasis added). What is the actual amount of the specified administrative costs? Additionally, what is the nature of those costs, as distinguished from the "approximately $80,000" identified as "additional administrative costs borne by LivingSocial?" (*Id.*)

(3) How does counsel explain the discrepancy between the attorneys' fees requested in *In re Groupon Marketing and Sales Practices Litigation* ("*In re Groupon*"), 11-md-2238 (N.D. Cal. filed June 2, 2011), and the attorneys' fees requested in the instant case?

(4) How many class members filed claims in *In re Groupon*? How much of the Settlement Fund has been distributed, or is allocated for distribution?

And to the extent that class counsel have received objections from class members other than the objections that appear on the ECF docket, it is

**FURTHER ORDERED** that counsel shall file all such objections on ECF.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 12, 2013