UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LIVINGSOCIAL MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL CASES ) ) | Misc. Action No. 1:11-mc-0472 (ESH) MDL No. 2254 |

**NOTICE OF ERRATA IN PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS; DECLARATION OF CHARLES J. LADUCA IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; AND DECLARATION OF CLAYTON D. HALUNEN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

On behalf of the Plaintiffs in the above-entitled litigation, I, Charles J. LaDuca, hereby notify the Court of errata appearing on pages 29 and 30 of the Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payments ("Fee Memo") (Dkt. No. 31), the Declaration of Charles J. LaDuca in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("LaDuca Declaration") (Dkt. No. 32). and the third page of the Declaration of Clayton D. Halunen in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payments ("Halunen Declaration") (Dkt. No. 32-6).

Due to an internal clerical error at Halunen & Associates, the Halunen Declaration inadvertently listed the hourly rates for Shawn Wanta and Melissa Wolchansky as $750.00, instead of the correct hourly rate of $425.00, which caused computation errors for the total case lodestar numbers derived from data provided in the Halunen Declaration. Accordingly:

1. The lodestar amounts identified on pages 29 and 30 of the Fee Memo should be $2,025,465, instead of $2,037,278;

2. The Total Lodestar Amount on page 16 of the LaDuca Declaration should be $2,025,465.50, instead of $2,037,278.75; and

3. The Lodestar Total on page three of the Halunen Declaration should be $139,322.50, instead of $151,095.00.

DATED: February 25, 2013         CUNEO GILBERT & LADUCA, LLP
                                  CHARLES J. LADUCA (DC Bar 476134)
                                  WILLIAM H. ANDERSON (DC Bar 502380)

                                  _____
                                       s/ Charles J. LaDuca
                                       CHARLES J. LADUCA

507 C Street, NE
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS R. MERRICK
PHONG L. TRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

WITES & KAPETAN PA
MARC A. WITES
JONATHAN STEPHEN BURNS
4400 N Federal Highway
Lighthouse Point, FL  33064
Telephone:  954/570-8183
954/354-0205 (fax)

CARNEY GILLESPIE ISITT PLLP
CHRISTOPHER ROBERT CARNEY
100 W. Harrison Street, Suite N440
Seattle, WA  98119
Telephone:  206/445-0220

MYLES A. SCHNEIDER & ASSOCIATES,
  LTD.
MYLES A. SCHNEIDER
710 Dodge Avenue, NW, Suite A
Elk River, MN  55330
Telephone:  763/315-1100
877/294-4254 (fax)

BONNETT FAIRBOURN FRIEDMAN
  & BALINT
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602-798-5825 (fax)

- 2 -

AUDET & PARTNERS, LLP
MICHAEL A. McSHANE
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  415/568-2555
415/576-1776 (fax)

HALUNEN & ASSOCIATES
CLAYTON D. HALUNEN
1650 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612/605-4098
612/605-4099 (fax)

BOLEN ROBINSON & ELLIS, LLP
CHRISTOPHER M. ELLIS
202 S. Franklin, 2nd Floor
Decatur, IL  62523
Telephone:  217/429-4296
217/329-0034 (fax)

LEVIN, FISHBEIN, SEDRAN & BERMAN
CHARLES E. SCHAFFER
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697
Telephone:  215/592-1500
215/592-4663 (fax)

Attorneys for Plaintiffs

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  February 25, 2013         By:   s/ John J. Stoia, Jr.
                                        JOHN J. STOIA, JR.

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 25, 2013.

                                                s/ John J. Stoia, Jr.
                                                JOHN J. STOIA, JR.

                                                ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-3301
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)

                                                E-mail:  jstoia@rgrdlaw.com

# Mailing Information for a Case 1:11-mc-00472-ESH-AK IN RE: LIVINGSOCIAL MARKETING AND SALES PRACTICES LITIGATION- MDL NO. 2254

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William H. Anderson**
  wanderson@cuneolaw.com,halunen@halunenlaw.com

- **Christopher A. Bandas**
  cbandas@bandaslawfirm.com

- **Jonathan Stephen Burns**
  jburns@wklawyers.com

- **Jay S. Carlson**
  JayCarlson.legal@gmail.com

- **Christopher Robert Carney**
  christopher.carney@cgi-law.com

- **Michelle C. Doolin**
  mdoolin@cooley.com,bambrose@cooley.com

- **Christopher B Durbin**
  cdurbin@cooley.com

- **Christopher M. Ellis**
  cellis@brelaw.com

- **Shaun Van Eyk**
  shaun@vaneyk-moore.com

- **Sean P. Gillespie**
  sean.gillespie@cgi-law.com

- **Craig Alan Guthery**
  cguthery@cooley.com

- **Kenan Lee Isitt**
  kenan.isitt@cgi-law.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com

- **Michael Joseph Klisch**

mklisch@cooley.com,bnelson@cooley.com

- **Charles J. LaDuca**
  charlesl@cuneolaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com

- **Michael G. Rhodes**
  mrhodes@cooley.com,rlopez@cooley.com,pmoyes@cooley.com

- **Myles A. Schneider**
  myles@maschneider.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Patricia N Syverson**
  psyverson@bffb.com

- **Michael Ross Tein**
  tein@lewistein.com

- **Darcie Tilly**
  dtilly@cooley.com

- **Phong L. Tran**
  ptran@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
FREDERIC FLETCHER
30025 Alicia Parkway
Apartment G340
Laguna Niguel, CA 92677

MICHELLE MELTON
1570 Lake Druze
Cardiff, CA 92007

CERY PERLE
13590 Jog Road
Suite C-6
Delray Beach, FL 33446

KATHARINE TRAYLOR SCHAFFZIN
1362 Poplar Ridge Drive
Memphis, TN 38120
```