Christopher A. Bandas
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
Tel: (361) 698-5200
Fax: (361) 698-5222

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LIVINGSOCIAL MARKETING AND SALES PRACTICE LITIGATION | Misc. Action No. 11-mc-0472-ESH<br>MDL Docket No. 2254<br><br>Judge Ellen Segal Huvelle<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that class member and Objector Jeremy De La Garza appeals to the United States District Court for the District of Columbia from the Final Judgment (Dkt. No. 44) entered in this action on March 22, 2013, and all orders and opinions that merge therein. Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: April 17, 2013

Respectfully submitted,

_____/s/ Christopher A. Bandas_____
Christopher A. Bandas
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone

(361) 698-5222 Facsimile

*Attorneys for Class Member/Objector*
*Jeremy De La Garza*

CERTIFICATE OF SERVICE

I hereby certify that on the 17th of April 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail to the following participants, at the addresses listed below:

Chambers of the Honorable Ellen Segal Huvelle
E. Parrett Prettyman
United States Courthouse
333 Constitution Avenue NW
Washington, DC 20001

Cuneo Gilbert & LaDuca, LLP
Charles J. LaDuca
William H. Anderson
507 C. Street, NE
Washington, DC 20002

Cooley LLP
Michael G. Rhodes
Michelle C. Doolin
101 California St., 5th Floor
San Francisco, CA 94111

FREDERIC FLETCHER
30025 Alicia Parkway
Apartment G340
Laguna Niguel, CA 92677
(816) 288-0528
PRO SE

KATHARINE TRAYLOR SCHAFFZIN
1362 Poplar Ridge Drive
Memphis, TN 38120
(901) 236-7490

MICHELLE MELTON
1570 Lake Druze
Cardiff, CA 92007

CERY PERLE
13590 Jog Road
Suite C-6
Delray Beach, FL 33446

Misc. Action No. 11-mc-0472-ESH
NOTICE OF APPEAL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April 2013, at Corpus Christi, Texas.

            /s/ Christopher A. Bandas
Christopher A. Bandas
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile