**FILED**
APR 19 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LIVINGSOCIAL MARKETING AND SALES PRACTICES LITIGATION | ) Misc. Action No. 1:11-mc-0472 (ESH) ) ) ) ) |
| This Document Relates To: ALL CASES | ) JUDGE: Hon. Ellen S. Huvelle ) ) ) |

### NOTICE OF APPEAL

Notice is hereby given that class members and Objectors Michelle Melton and Cery Perle hereby appeal to the United States Court of Appeals for the District of Columbia from the Final Judgment (Dkt. No. 44) entered in this action on March 22, 2013, and all orders and opinions that merge therein. Objectors also hereby appeal any order or judgment approving the class settlement, class counsel's attorney's fees or expenses, and/or incentive awards to class representatives, and an order or judgment naming or identifying these Objectors or the objections filed by these objectors, including any entered or signed subsequent to this notice of appeal.

Dated: April 18, 2013

_____
Michelle Melton
1570 Lake Drive
Cardiff CA 92007

Dated: April 18, 2013

_____
Cery Perle
13590 Jog Road, Suite C-6
Delray Beach, FL 33446

RECEIVED
Mail Room
APR 19 2013

Copies To:

Charles J. LaDuca
William H. Anderson
Cuneo Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002

Michael G. Rhodes
Michelle C. Doolin
Cooley LLP
101 California Street 5th Floor
San Francisco, CA 94111

Christopher A. Bandas
500 N. Shoreline Suite 1020
Corpus Christi, TX 78401-0353

Frederic Fletcher
30025 Alicia Parkway
Apartment G340
Laguna Niguel, CA 92677

Katharine Traylor Schaffzin
1362 Poplar Ridge Drive
Memphis, TN 38120