# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-7062                                         September Term, 2012

1:11-mc-00472-ESH

Filed On: July 19, 2013 [1447493]

In re: Livingsocial Marketing and Sales Practices Litigation- Mdl No. 2254,

------------------------------

Melissa Forshey, Who resides at 930 M Street, NW, Washington DC, on behalf of herself and all others similarly situated, et al.,

    Appellees

v.

Living Social, Inc., et al.,

    Appellees

Michelle Melton and Cery Perle,

    Appellants



## ORDER

By orders filed May 1, 2013 and June 10, 2013, appellants were directed to file initial submission documents, and it appearing that appellants received said orders, but have not complied. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by August 19, 2013.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

BY:    /s/
         Laura M. Chipley
         Deputy Clerk

By: _____ Deputy Clerk