# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-7059** | **September Term, 2013** |
| | 1:11-mc-00472-ESH |
| | Filed On: December 12, 2013 [1470152] |

In re: LivingSocial Marketing and Sales Practices Litigation- Mdl No. 2254,

------------------------------

Melissa Forshey, Who resides at 930 M Street, NW, Washington DC, on behalf of herself and all others similarly situated, et al.,

      Appellees

  v.

Living Social, Inc., et al.,

      Appellees

Jeremy De La Garza,

      Appellant

### O R D E R

Upon consideration of the stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                                Mark A. Butler
                                Deputy Clerk